IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES FOR THE USE OF
FERGUSON ENTERPRISES, INC.,
a Virginia corporation,

CASE NO: 8:12-CV-2318-T-30 MAP

Plaintiff,

vs.

PRO WAY PAVING SYSTEMS, LLC, a
Florida limited liability company; ROBERT
VOLLMER, an individual; and, ULLICO
CASUALTY COMPANY, a foreign
corporation,

Defendants.
_____/

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF CROSSCLAIM AGAINST ULLICO CASUALTY COMPANY
BY PRO WAY PAVING SYSTEMS LLC**

Defendant PRO WAY PAVING SYSTEMS, LLC ("Pro Way") by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby dismisses its Crossclaim against Ullico Casualty Company in this case, without prejudice to Pro Way's claims based on the same transactions and occurrences as plead in UNITED STATES FOR USE OF TARMAC AMERICA, LLC V. PRO WAY PAVING SYSTEMS, LLC, et al., Case No. 8:12-CV-867-T-33EAJ. This dismissal eliminates the duplication of claims between the two cases but does not otherwise change the *Tarmac* case.

**STAYTON LAW GROUP, P.A.**
Bloomingdale Oaks Executive Park
1462 Bloomingdale
Valrico, FL 33596
Telephone: (813) 662-9829
Facsimile: (813) 662-9830
Brian@StaytonLawGroup.com
Attorneys for Pro Way Paving Systems, LLC
And Robert Vollmer

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 26 day of FEBRUARY, 2013.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE