UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES FOR USE OF
FERGUSON ENTERPRISES, INC.,
a VIRGINIA CORPORATION,

    Plaintiff,

vs.                                                Case No.: 8:12-CV-2318-T-30 MAP

PRO WAY PAVING SYSTEMS, LLC;
ROBERT VOLLMER; and ULLICO
CASUALTY COMPANY,
a Foreign Corporation,

    Defendants.
_____/

BANK OF AMERICA, N.A.

    Garnishee.
_____/

**ORDER GRANTING JOINT MOTION FOR**
**ENTRY OF FINAL JUDGMENT OF GARNISHMENT**

THIS CAUSE having before the Court in chambers on the Joint Motion For Entry Of Final Judgment Of Garnishment the Motion (the "Motion") and the Court having reviewed the Motion and being advised in the premises and finding that the Motion is well taken, it is

ORDERED AND ADJUDGED as follows:

1.     The Stipulation is hereby ratified and approved. Defendants' Motion To Dissolve Writ Of Garnishment and Motion for Relief from Judgment are deemed withdrawn in this matter.

1

2. Garnishee, BANK OF AMERICA, N.A., is directed to issue and to deliver to Plaintiff's counsel a bank check payable to FERGUSON ENTERPRISES, INC. in the amount of $15,500.00 within ten (10) days of the date of entry of this order.

3. Following the issuance and delivery of the bank check from Garnishee BANK OF AMERICA, N.A., the statutory lien against the account of PRO WAY PAVING SYSTEMS, LLC is dissolved.

4. Upon delivery and clearing of the check referenced above, this garnishment proceeding shall be dismissed. Plaintiff will satisfy all judgments obtained in its favor against Defendants and satisfy the judgment in garnishment against garnishee, Bank of America, N.A., in this matter within ten business days after clearance of the check referenced above.

DONE AND ORDERED this 16 day of July, 2013.

*[signature]*
U.S. District Court Judge

Conformed copies to:

Steven F. Thompson, Esq.
Thompson & Brooks
412 E. Madison Street, Suite 900
Tampa, Florida 33602
Attorneys for the Plaintiff

Brian F. Stayton, Esq.
Stayton Law Group, P.A.
1462 Bloomingdale Avenue
Valrico, Florida 33596
Attorneys for the Defendants

Ana M. Jhones, Esq.
Haley & Jhones, P.A.
1500 San Remo Avenue, Suite 222
Coral Gables, Florida 33146
Attorneys for the Garnishee