UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FERGUSON ENTERPRISES, INC.,

    Plaintiff,

v.                                          Case No: 8:12-cv-2318-T-30MAP

PRO WAY PAVING SYSTEMS, LLC
and ROBERT VOLLMER,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon Garnishee Bank of America, N.A.'s Unopposed Motion for Entry of Order Directing Clerk of Court to Pay on Statutory Demand for Attorney Fee Deposit (Dkt. 31). Previously, this court entered an Order granting Plaintiff's Motion for Writ of Garnishment. A writ directed to Bank of America, N.A. (hereinafter "Garnishee") was issued on June 11, 2013. In response to the writ, on June 18, 2013, the Garnishee filed an Answer indicating that it was not indebted to nor has it had any goods, monies, chattels, or effects of the Defendant except for $26,383.66 contained in checking account with number ending in 3675. (Dkt. 21) Also contained in its Answer was Garnishee's demand for the statutory allowance as compensation to be applied toward the Garnishee's reasonable attorney's fee.

Section 77.28 of the Florida Statutes provides in pertinent part:

> Before issuance of any writ of garnishment, the party applying
> for it shall deposit $100 in the registry of the court which shall
> be paid to the garnishee on the garnishee's demand at any time

> after the service of the writ for the payment or part payment of his or her attorney's fee which the garnishee expends or agrees to expend in obtaining representation in response to the writ. . . .

Fla. Stat. ch. 77.28. The Court entered an order granting the parties' joint motion for entry of final judgment of garnishment on July 16, 2013. On August 5, 2013, Plaintiff filed a satisfaction of judgment of garnishment as to Garnishee. (Dkt. 30).

The statutory amount is currently being held in court's registry. Plaintiff does not oppose Garnishee's demand for statutory attorney's fees pursuant to Florida Statute § 77.28. Accordingly, it is

**ORDERED** AND **ADJUDGED** that:

1. Garnishee Bank of America, N.A.'s Unopposed Motion for Entry of Order Directing Clerk of Court to Pay on Statutory Demand for Attorney Fee Deposit (Dkt. 31) is **GRANTED**.

2. The Clerk is directed to disburse the statutory allowance of $100.00 to Ana M. Jhones, Esquire, Haley & Jhones, P.A., 9100 S. Dadeland Boulevard, Suite 1500, PMB#150048, Miami, Florida 33156.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of October, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-2318 fees garnishee.docx